# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>Peter Reed Munson<br><br>California State Bar # 193216 | CASE NO: 2:16-ad-00582-VAP<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

    The Court has received information that the attorney named above is deceased. Accordingly, IT IS ORDERED that the Order to Show Cause issued in this matter on December 12, 2016, is vacated, and the attorney named above shall be removed from the list of active members of the Bar of this Court.

Date: January 11, 2017

                                                            VIRGINIA A. PHILLIPS
                                    CHIEF UNITED STATES DISTRICT JUDGE